| AO 106 (Rev. 4/10) Affidavit for Search Warrant | AUSA Brian Williamson, (312) 353-8897 |


FILED
3/7/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Matter of the Search of:　　　　　　　　　Case No. 23M250

the United States Priority Mail package bearing
tracking number 9405 5112 0622 3884 9923 54,
further described in Attachment A

# APPLICATION AND AFFIDAVIT FOR A SEARCH WARRANT

I, Rosario Lazzara, a Task Force Officer assigned to the U.S. Postal Inspection Service, request a search warrant and state under penalty of perjury that I have reason to believe that in the following package:

**See Attachment A**

located in the Northern District of Illinois, there is now concealed:

**See Attachment B**

The basis for the search under Fed. R. Crim. P. 41(c) is evidence, instrumentalities, and contraband.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
| Title 21, United States Code, Section 843(b) | narcotics |

The application is based on these facts:

**See Attached Affidavit**,

Continued on the attached sheet.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　*Applicant's Signature*

　　　　　　　　　　　　　　　　　　　　　　　ROSARIO LAZZARA, Task Force Officer
　　　　　　　　　　　　　　　　　　　　　　　U.S. Postal Inspection Service
　　　　　　　　　　　　　　　　　　　　　　　*Printed name and title*

Pursuant to Fed. R. Crim. P. 4.1, this Application is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the statements in the Application and Affidavit by telephone.

Date: March 7, 2023　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　*Judge's signature*

City and State: Chicago, Illinois　　　　　　　　BETH W. JANTZ, U.S. Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　　*Printed name and title*

| UNITED STATES DISTRICT COURT | ) |
| --- | --- |
| | ) |
| NORTHERN DISTRICT OF ILLINOIS | ) |

## **AFFIDAVIT**

I, Rosario Lazzara, being duly sworn, state as follows:

1. I am a Task Force Officer assigned to the U.S. Postal Inspection Service and have been so assigned since approximately April 2022. As part of my duties as a USPIS Task Force Officer, I investigate criminal violations relating to violations of the federal laws relating to the mails and to controlled substances.

2. This affidavit is made in support of an application for a warrant to search the United States Priority Mail Parcel with Tracking Number 9405 5112 0622 3884 9923 54 described further in Attachment A (the "**Subject Parcel**"), for evidence, instrumentalities, and contraband described further in Attachment B, concerning narcotics offenses, in violation of Title 21, United States Code, Section 843(b).

3. The statements in this affidavit are based on my personal knowledge, and on information I have received from other law enforcement personnel and from persons with knowledge regarding relevant facts. Because this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth facts that I believe are sufficient to establish probable cause to believe that evidence, instrumentalities, and contraband of violations of Title 21, United States Code, Section 843(b), are located within the **Subject Parcel**.

# I. FACTS SUPPORTING PROBABLE CAUSE TO SEARCH THE SUBJECT PARCEL

4. On or about March 3, 2023, I inspected the **Subject Parcel** at the Roberto Clemente Post Office located at 2339 N. California, Chicago, IL. The **Subject Parcel** was mailed on or about March 1, 2023, from Daly City, CA, 94015 and is addressed to ASimone Brazzini, 2642 Springfield Ave., Chicago, IL 60647,@ with a return address of AVision Stationaries Ltd., 2118 Spaulding Ave. Unit 1C, Berkeley, CA 94703.@ The **Subject Parcel** bears approximately $7.21 in postage, measures approximately 8.7 inches by 5.4 inches by 1.75 inches, and weighs approximately 5.3 ounces.

5. I observed several characteristics about the **Subject Parcel** that, in my training and experience, can be consistent with parcels containing a controlled substance.

6. First, I ran the sender and recipient names and addresses on the **Subject Parcel** through a law enforcement database, which indicated that the sender's name did not associate with the sender's address listed on the parcel. According to additional searches in law enforcement and open-source databases, there is no business or entity named "Vision Stationaries Ltd" in the Berkeley, CA area. Further, units at the listed sender address do not employ a combination of letters and number such as "Unit 1C" depicted on the mailing label. Based on my training and experience, fictitious sender or receiver names, and fictitious return addresses, can indicate that the sender or receiver does not want to be associated with the parcel.

7. Second, postage for the **Subject Parcel** was paid for through a third-party vendor, bitcoinpostage.info, which allows users to pay for postage with cryptocurrency. Based on my training and experience, the use of a third-party vendor and cryptocurrency can be a way for a sender to avoid interacting with the Postal Service and to avoid identification.

8. Each of the characteristics I describe above can be consistent with parcels that do not contain contraband. Based on my training and experience, however, the combination of these characteristics led me to investigate further by calling in a narcotics dog to perform further examination of the **Subject Parcel**.

9. On or about March 3, 2023, I arranged for a Des Plaines Police Department Canine Officer and his canine partner, "Jager," to meet with me and examine the **Subject Parcel**. According to the Canine Officer, Jager is certified annually by Illinois Law Enforcement Training and Standards board as a narcotics dog. Jager was most recently re-certified on or about March 3, 2023. Jager is trained to sniff buildings, vehicles, envelopes, and wrapped parcels to detect the odors of heroin, cocaine, marijuana, methamphetamine, and other controlled substances that could be contained inside. Jager is also trained to indicate the presence of such substances or their scents by alerting to the item he is sniffing. In addition, according to USPIS records, Jager has successfully alerted to controlled substances in U.S. Mail Parcels and letters on approximately 313 occasions since in and around January 2018, with a success rate of approximately 91 percent. To the best of my knowledge, the Des Plaines

Police Department does not maintain records regarding the overall success rate for its drug detection dogs, and therefore only the USPIS success rate is available.

10. On or about March 3, 2023, at the Postal Service International Service Center at O'Hare Airport in Chicago, Illinois, I arranged a controlled substance detection test by placing the **Subject Parcel** among approximately 10 other parcels in the workroom area. I then witnessed Jager examine the parcels and observed Jager alert by sitting next to the **Subject Parcel**. Jager did not alert to any of the other parcels. The Canine Officer informed me that Jager's actions indicated the presence of narcotics and/or controlled substances in the **Subject Parcel**. I then took custody of the **Subject Parcel**.

## II. CONCLUSION

11. Based on the above information, I respectfully submit that there is probable cause to believe that narcotics offenses, in violation of Title 21, United States Code, Section 843(b), have been committed, and that evidence, instrumentalities, and contraband relating to this criminal conduct, as further described in Attachment B, will be found in the Subject Parcel, as further described in Attachment A. I therefore respectfully request that this Court issue a search warrant for the **Subject Parcel** more particularly described in Attachment A, authorizing the seizure of the items described in Attachment B.

FURTHER AFFIANT SAYETH NOT.

_____
Rosario Lazzara
Task Force Officer
U.S. Postal Inspection Service

Sworn to and affirmed by telephone 7th day of March, 2023

_____
Honorable BETH W. JANTZ
United States Magistrate Judge

**ATTACHMENT A**

**DESCRIPTION OF ITEM TO BE SEARCHED**

The United States Postal Service Priority Mail parcel with Tracking Number 9405 5112 0622 3884 9923 54, mailed on or about March 1, 2023, from Daly City, CA 94015, addressed to "Simone Brazzini, 2642 N. Springfield Ave., Chicago, IL 60647," with a return address of "Vision Stationaries Ltd, 2118 Spaulding Ave. Unit 1C, Berkeley, CA 94703," bearing approximately $7.21 in postage, measuring approximately 8.7 inches 5.4 inches by 1.75 inches, and weighing approximately 5.3 ounces.

# ATTACHMENT B

# LIST OF ITEMS TO BE SEIZED

Evidence, instrumentalities and contraband concerning violation of Title 21, United States Code, Section 843(b), as follows:

1. Controlled substances;

2. Packaging for controlled substances;

3. United States currency that constitutes evidence or instrumentalities of the Subject Offense;

4. Items associated with the distribution, manufacturing, use or possession of controlled substances; and

5. Items that identify the sender or receiver of the Subject Parcel.