AO 93 (Rev. 11/13) Search and Seizure Warrant                             AUSA Brian Williamson, (312) 353-8897

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Matter of the Search of:          Case No.   23M250

the United States Priority Mail package bearing
tracking number 9405 5112 0622 3884 9923 54,
further described in Attachment A

## SEARCH AND SEIZURE WARRANT

To: Rosario Lazzara and any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Northern District of Illinois:

**See Attachment A**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**See Attachment B**

**YOU ARE HEREBY COMMANDED** to execute this warrant on or before <u>March 20, 2023</u> in the daytime (6:00 a.m. to 10:00 p.m.).

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the issuing United States Magistrate Judge.

Date and time issued: <u>March 7, 2023 at 11:34 a.m.</u>            _____
                                                                                                              *Judge's signature*

City and State: <u>Chicago, Illinois</u>                BETH W. JANTZ, U.S. Magistrate Judge
                                                                               *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No: | Date and Time Warrant Executed: | Copy of Warrant and Inventory Left With: |

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

**ATTACHMENT A**

**DESCRIPTION OF ITEM TO BE SEARCHED**

The United States Postal Service Priority Mail parcel with Tracking Number 9405 5112 0622 3884 9923 54, mailed on or about March 1, 2023, from Daly City, CA 94015, addressed to "Simone Brazzini, 2642 N. Springfield Ave., Chicago, IL 60647," with a return address of "Vision Stationaries Ltd, 2118 Spaulding Ave. Unit 1C, Berkeley, CA 94703," bearing approximately $7.21 in postage, measuring approximately 8.7 inches 5.4 inches by 1.75 inches, and weighing approximately 5.3 ounces.

## ATTACHMENT B

## LIST OF ITEMS TO BE SEIZED

Evidence, instrumentalities and contraband concerning violation of Title 21, United States Code, Section 843(b), as follows:

1. Controlled substances;

2. Packaging for controlled substances;

3. United States currency that constitutes evidence or instrumentalities of the Subject Offense;

4. Items associated with the distribution, manufacturing, use or possession of controlled substances; and

5. Items that identify the sender or receiver of the Subject Parcel.